JS-6

**FILED**
CLERK, U.S. DISTRICT COURT
June 24, 2014
CENTRAL DISTRICT OF CALIFORNIA
BY: ___TS___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ANTONIO BRAZILE, | No. ED CV 13-00555-DOC (DFM) |
| Plaintiff, | JUDGMENT |
| v. | |
| J.M. ESCOBEDO et al., | |
| Defendant. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: June 24, 2014

DAVID O. CARTER
United States District Judge

**ENTERED**
CLERK, U.S. DISTRICT COURT
June 24, 2014
CENTRAL DISTRICT OF CALIFORNIA
BY: ___TS___ DEPUTY